No. 80–1017. LOUCAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–1024. NEWTON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–1075. JENKINS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–1107. CAULFIELD ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1119. RAMAPURAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–1126. TAGGART CORP. ET AL. *v.* EFROS ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1127. C–F AIR FREIGHT, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 80–1210. BURLINSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–1245. SELCO SUPPLY CO. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 10th Cir. Certiorari denied.

No. 80–1297. DUGAS *v.* KELLY ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1298. GILMER ET AL. *v.* TRUCK DRIVERS, OIL DRIVERS, FILLING STATION & PLATFORM WORKERS UNION, LOCAL 705, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1304. PAGE AIRWAYS, INC., ET AL. *v.* ASSOCIATED RADIO SERVICE CO. C. A. 5th Cir. Certiorari denied.